UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PRESTON LAWLEY

    Plaintiff    Case No. 2-11-cv-12822-LPZ-RSW

HON. LAWRENCE P. ZATKOFF
United States District Judge

Vs.

HON. R. STEVEN WHALEN
ALLAN JERRY SIEMONS    Magistrate Judge

    Defendant
_____/
ABBOTT NICHOLSON P.C.    JOHN C. SCHULTES P33463
By:    William D. Gilbride, Jr  P36830    Attorney for Defendant
        Heidi E. Warren  (P69714)    18535 E. Warren
Attorneys for Plaintiff    Detroit, MI  48236
300 River Place, Suite 3000    (313) 882-8390
Detroit, MI  48207-4225    (313) 815-1489 cell
(313) 566-2500    Jschultes2@aol.com
(313) 566-2502 fax
hewarren@abottnicolson.com
_____/

## DEFENDANT'S EXHIBIT LIST

**EXHIBIT  NO.**    **DESCRIPTION**

35    Personal Financial Statement of Jerry Siemons dated May 12, 1997

36    Letter dated August 21, 1997 to Preston Lawley from Jerry Siemons re: $50,000 Loan

37    Letter to dated August 11, 1997 to William R. Fenton from Jerry Siemons

38A    Letter to dated December 13, 1997 to Preston Lawley from Jerry Siemons

38B    Proposed Corporate Structure Chart

39    Minutes of the First Meeting of the Board of Directors by Unanimous Consent Dated January 27, 1998.

40A    Letter dated March 28, 1998 to Broidy Capital regarding BMW contract financing

40B    Re-Cap of March 1, 1998 meeting in Detroit regarding company issues

41    Letter dated June 4, 1999 to Elliott Broidy regarding Sports Capital Proposal

### DEFENDANT'S EXHIBIT LIST CONTINUED

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 42 | Letter dated March 19, 2000 to Ben Giovanelli from Jerry Siemons |
| 43 | Stock Purchase Proposal memorandum from Executive Committee of ESI dated 1/7/05 |
| 44 | Letter dated July 7, 2003 from Robert Scapa, Esq, to William Gilbride, Esq. |
| 45 | Letter dated November 24, 2003 to Brad Beets from Alan J. Siemons re: Roth IRA payment for ESI Stock. |

Dated:  1/17/2013

/S/ John C. Schultes
John C. Schultes
Attorney for Defendant
18535 E. Warren
Detroit, MI  48236
(313) 882-8390
(313) 815-1489 cell
Primary email: Jschultes2@aol.com
Attorney Bar Number P33463

### CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2012, I electronically fled the foregoing witness list  with the Clerk of the Court using the ECF system, which  will send notification of such filing to the attorneys of record.

Dated: January 17, 2013

s/ John C. Schultes
John C. Schultes
Attorney for Defendant
18535 E. Warren
Detroit, MI  48236
(313) 882-8390
(313) 815-1489 cell
Primary email: Jschultes2@aol.com
Attorney Bar Number P33463